Aleksandr Berezovskiy  
3350 Shore Parkway  
Brooklyn, NY 11235  

BHG–Bankers Healthcare Gp  
201 Solar Street  
Syracuse, NY 13204  

BMW Financial Services  
300 Chestnut Ridge Rd  
Woodcliff Lake, NJ 07677  

Citi Business Credit Line  
P.O. Box 9001037  
Louisville, KY 40290  

CityMD Urgent Care  
1345 6th Ave  
New York, NY 10105  

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101  

Irada Shapiro  
118 Greenway Drive South  
Syosset, NY 11791  

MOHELA/Dept of Education  
633 Sprirt Drive  
Chesterfield, MO 63005  

Navient Department Educat  
PO Box 9635  
Wilkes Barre, PA 18773  

NYS Medicaid Settlement  
Medicaid Fraud Control Un  
300 Motor Parkway  
Hauppauge, NY 11788  

Optimum Cable  
1 Court Square West  
Long Island City, NY 11101  

Sprint  
6391 Sprint Parkway  
Overland Park, KS 66251