| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Slava Shapiro | Social Security number or ITIN: xxx–xx–2492 |
| | First Name   Middle Name   Last Name | EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7   1/22/21 |
| Case number: | 8−21−70126−reg | |

# FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice Required by 11 U.S.C. §342(b) of the Bankruptcy Code for Individuals Filing for Bankruptcy (Official Form 2010) – Part 7 of Voluntary Petition Not Signed
- ☐ Schedule A/B
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule I
- ☐ Schedule J
- ☐ Statement of Financial Affairs
- ☐ Statement of Your Current Monthly Income and Means Test Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: February 22, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521a3.jsp** [Final Deficiency Notice rev. 02/01/17]