Alla Morginshteren, Esq.,
106 Avenue I, 2nd Fl.,
Brooklyn NY 11230
(718) 252-0174 (AM6701)
Counsel for the Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:

    SLAVA SHAPIRO

              Debtor
-------------------------------------------------X

CHAPTER 7

Case No.: 8-21-70126-reg

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

SIRS:

    PLEASE TAKE NOTICE that SLAVA SHAPIRO, the debtor, hereby appears in the above action, by and through its attorney, Alla Morginshteren, Esq., and demands that all papers in the case be served on the undersigned at the address stated below.

DATED:  March 18, 2021
              Brooklyn, New York

                                                  Alla Morginshteren, Esq.,
                                                  Law Office of Alla Morginshteren
                                                  106 Avenue I, 2nd Fl.,
                                                  Brooklyn, NY, 11230
                                                  Tel: (718) 252-0174
                                                  e-mail: legalstar1@gmail.com
                                                  Attorney for the Debtor

To:    Robert L. Pryor, Esq.,                US Trustee
        Chapter 7 Trustee                  US Federal Office Building
        675 Old Country Road           201 Varick Street, Room 10006
        Westbury, NY 11590              New York, NY 10014

        Aleksandr Berezovskiy           BHG-Bankers Healthcare Gp
        3350 Shore Parkway              201 Solar Street
        Brooklyn, NY 11235              Syracuse, NY 13204

BMW Financial Services
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

CityMD Urgent Care
1345 6th Avenue
New York, NY 10105

Irada Shapiro
118 Greenway Drive South
Syosset, NY 11791

Navient Department of Education
PO BOX 9635
Wilkes Barre, PA 18773

Optimum Cable
1 Court Square West
Long Island City, NY 11101

Citi Business Credit Line
PO BOX 9001037
Louisville, KY 40290

Internal Revenue Service
PO BOX 7346
Philadelphia PA 19101

MOHELA/Dept of Education
633 Spirit Drive
Chesterfield, MO 63005

NYS Medicaid Settlement
Medicaid Fraud Control Unit
300 Motor Parkway
Hauppauge, NY 11788

Sprint
6391 Sprint Parkway
Overland Park, KS 66251